[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Dowdy*, Slip Opinion No. 2020-Ohio-4789.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-4789

THE STATE OF OHIO, APPELLANT, *v.* DOWDY, APPELLEE.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Dowdy*, Slip Opinion No. 2020-Ohio-4789.]

*Court of appeals' judgment reversed on the authority of* State v. Harper *and* State v. Henderson.

(No. 2019-1430—Submitted August 5, 2020—Decided October 8, 2020.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 107844, 2019-Ohio-3570.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Harper*, __ Ohio St.3d __, 2020-Ohio-2913, __ N.E.3d __, and *State v. Henderson*, ___ Ohio St.3d ___, 2020-Ohio-4784, ___ N.E.3d ___.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Katherine Elizabeth Mullin and Frank Romeo Zeleznikar, Assistant Prosecuting Attorneys, for appellant.

Mark A. Stanton, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellee, Shaun E. Dowdy.

Dave Yost, Attorney General, Benjamin M. Flowers, Solicitor General, and Zachery P. Keller, Deputy Solicitor General, urging reversal for amicus curiae, Attorney General Dave Yost.

_____